**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| | ) | Case No. 26-594 |
| In re: | ) | (Chapter 13) |
| Clayton J. Vopelak | ) | Advisory No. 26-09035 |
| Debtor. | ) | |
| | ) | Request for Alias Summons |

Plaintiff requests issuance of an Alias Summons pursuant to Fed. R. Bankr. P. 7004(e), as the previously issued summons was not timely served.

Dated: September 29, 2026.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing: 601 S. Lindbergh Blvd.
Frontenac, MO 63131
Physical: 222 Third Ave. SE
Suite 501, Office 6
Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Plaintiff DeWulf Farms, Inc.*

**Certificate of Service**

I certify that I caused the foregoing to be filed with the CM/ECF on September 29, 2026, and mailed, as necessary to those parties not registered with EDMS, via USPS first-class, postage fully prepaid.

*Eric J Langston*