apsummon 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Clayton J. Vopelak
Debtor

Chapter 13

Bankruptcy No. 26–00594

---

DeWulf Farms, Inc.
Plaintiff

vs.

Clayton J. Vopelak
Defendant

Adversary No. 26–09035

## REISSUED SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint, which is attached to this summons, with the Clerk of the Bankruptcy Court and serve a copy upon the plaintiff's attorney within **30** days after the date of issuance of this summons. The United States or an officer or agency thereof shall file a motion or answer to the complaint within **35** days.

| | |
|---|---|
| Address of the Clerk: | 111 Seventh Avenue SE, Box #15<br>Cedar Rapids, IA 52401–2101 |
| Attorney for Plaintiff: | Eric J. Langston<br>Aegis Law<br>222 Third Ave SE<br>Ste 501, Ofc 6<br>Cedar Rapids, IA 52401 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

Theresa J. Stopelman

Deputy Clerk

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA

Date of Issuance: September 30, 2026

apsummon 8/2022

26-09035

## CERTIFICATION OF SERVICE

I, Debbie Triolo (name), certify that service of this summons and a copy of the complaint was made September 30, 2026 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Clayton J. Vopelak, 1358 56th Street, Dysart, IA 52224, and Kevin Arenholtz, 620 Lafayette, St, Suite 300, P.O. Box 178, Waterloo, IA 50704

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ________________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date September 30, 2026

Signature *Debbie Triolo* (signed)

Print Name: Debbie Triolo

Business Address: Aegis Law
6870 W. 52nd Ave., Suite 203
Arvada, CO 80002